**90-1246.** Mosely v. Echols. *Cuyahoga County,* No. 59314. On request for oral argument. Request denied.

**90-1280.** State, ex rel. McDonald, v. Boylan. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration thereof, IT IS ORDERED by the court, *sua sponte,* that on or before May 21, 1991, relator submit evidence establishing his right to relief.

IT IS FURTHER ORDERED by the court, *sua sponte,* that on or before May 21, 1991, respondent show cause why he should not be charged with contempt for failure to respond to this court's previous order to show cause entered October 3, 1990.

**90-1392.** Decker v. CNA Ins. Co. *Portage County,* No. 89-P-2106. On motion to dismiss. Motion to dismiss overruled.

Resnick, J., dissents.

**90-1470.** Culp v. Toledo. Certified Question of State Law, No. C-887760. On request for oral argument. Request denied.

**90-1749.** State, ex rel. Citizens for a Better Portsmouth, v. Sydnor. In Mandamus. On motion for attorney fees. Motion denied.

Douglas, J., would grant the motion and award costs.

**90-1780.** State, ex rel. Internatl. Union of Operating Engineers, v. Cleveland. *Cuyahoga County,* No. 57729. On request for oral argument. Request denied.

**90-2011.** Edward A. Kemmler Memorial Foundation v. 691/733 East Dublin-Granville Road Co. *Franklin County,* No. 89AP-1294. On motion to supplement record. Motion granted.

**90-2071.** State, ex rel. Ohio Dept. of Health, v. Sowald. *Franklin County,* No. 88AP-1171. On request for oral argument. Request denied.

Douglas and Wright, JJ., dissent.

**90-2106.** Independent Ins. Agents of Ohio, Inc. v. Fabe. *Franklin County,* No. 89AP-874. On motion for leave to file *amicus* of Professional Insurance Agents Association of Ohio, Inc. Motion granted.

**90-2149.** Tulloh v. Goodyear Atomic Corp. *Pike County,* No. 449. On motion for

leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

Holmes, J., dissents.

**90-2238.** State, ex rel. Hurt, v. Kistler. *Miami County,* No. 90-CA-38. On request for oral argument. Request denied.

**90-2394.** State, ex rel. Dublin, v. Delaware Cty. Bd. of Commrs. In Mandamus. On request for oral argument. Request granted.

**90-2399.** State Farm Auto. Ins. Co. v. Rose. Certified Question of State Law, No. 590CV1676. On request for oral argument. Request granted.

Wright, J., dissents.

*Sua sponte,* oral argument shall be granted but not on an expedited basis.

**90-2423.** Robinson v. Zimmerman. *Stark County,* No. CA-8329. On motion to clarify record with correct case number. Motion granted.

**91-324.** State, ex rel. United Parcel Service, Inc., v. Indus. Comm. *Franklin County,* No. 90AP-321. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to stay this cause pending Industrial Commission of Ohio approval of a settlement agreement reached between United Parcel Service, Inc. and Melanie Price, IT IS ORDERED by the court that said motion for stay be, and the same is hereby, granted.

**91-622.** Ameritrust Co. Natl. Assn. v. J & J Soap Box, Inc. *Franklin County,* No. 90AP-1086. On motion for leave to file *amicus* of United States Small Business Administration. Motion granted.

**91-669.** In re Fotiou Children. *Madison County,* No. CA90-04-013. On motion for leave to withdraw as counsel. Motion granted.

**91-712.** Sicking v. Ohio State Medical Bd. *Franklin County,* No. 90AP-931. On motion for stay. Motion denied.

Douglas and H. Brown, JJ., dissent.

**91-769.** Giovanetti v. Ohio State Dental Bd. *Mahoning County,* No. 90 C.A. 61. On motion for leave to file memorandum in support instanter. Motion granted.

Wright, J., dissents.